**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LASHAWNTAE WHITEHEAD,

    Plaintiff,

v.                                                            Case No: 8:19-cv-445-T-30TGW

UMA EDUCATION, INC.,

    Defendant.

_____

ORDER

    The Court has been advised via a Notice of Settlement (Dkt. 15) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 10th day of October, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record